UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNE BOCASH,

    Plaintiff,

v.                                    Case No. 1:21-cv-00205-AW-GRJ

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.
_____/

## UNOPPOSED MOTION TO STAY PROCEEDINGS

Defendant, Radius Global Solutions, LLC (RGS), by and through undersigned counsel of record, hereby moves to stay this action pending the Eleventh Circuit's *en banc* review in *Hunstein v. Preferred Collection and Management Services, Inc.*, Case No. 19-14434-HH (*Hunstein*), and states:

1. On June 9, 2021, Plaintiff filed this lawsuit alleging RGS violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (FDCPA) and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, *et seq.* (FCCPA). Specifically, Plaintiff alleges that RGS violated the FDCPA and FCCPA by transmitting consumer information to a third-party vendor to process its mail.

2. Plaintiff's claims are based solely upon an opinion issued by the Eleventh Circuit in April 2021—*Hunstein v. Preferred Collection & Mgmt. Servs., Inc.* However, in light of the Eleventh Circuit vacating its panel decision in *Hunstein*

and ordering an en banc review, the Parties agree that staying the current action pending the Eleventh Circuit's final decision is warranted. *See Gonzalez v. I.C. System, Inc.*, Case No. 1:12-cv-23691, Doc. 11 (S.D. Fla Nov. 19, 2021) ("""[f]ederal jurisdiction in this case is premised on [Hunstein] [s]o[] to, is the viability of the Plaintiff's federal cause of action"); *Emery v. Commonwealth Financial Systems, Inc.*, Case No. 6:21-cv-01672, Doc. 18 (M.D. Fla Dec. 1, 2021) ("The Eleventh Circuit Court of Appeals' resolution of the petition for rehearing *en banc* in *Hunstein*, will have a substantial impact on the claims in this case, most notably, on the issue of standing for a statutory violation.").

3.  Accordingly, based on the foregoing, RGS respectfully requests the Court issue an order staying this action pending the Eleventh Circuit's final decision in *Hunstein*.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned counsel certifies that he conferred with counsel for plaintiff who does not oppose the relief requested.

Dated: January 11, 2022

                                                      Respectfully Submitted,

                                                     */s/ Michael P. Schuette*
                                                     Michael P. Schuette, Esq.

        Florida Bar No. 0106181
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, ISRAEL & SHARTLE, LLC
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2472
        Facsimile: (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal
        *Counsel for Defendant,*
        *Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of January 2022, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

        Benjamin W. Raslavich, Esq.
        Kuhn Raslavich, P.A.
        2110 West Platt Street
        Tampa, Florida 33606
        ben@thekrfirm.com


        */s/ Michael P. Schuette*
        Attorney